UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 20-22732-CIV-MORENO

BETTINA BAEZ,

      Plaintiff,

vs.

MSC CRUISES, S.A.,

      Defendant.
_____/

## ORDER DENYING MOTION TO EXTEND THE STATUTE OF LIMITATIONS

THIS CAUSE came before the Court upon MOTION TO EXTEND THE STATUTE OF LIMITATIONS DEADLINE, OR IN THE ALTERNATIVE, MOTION TO TOLL THE STATUTE OF LIMITATIONS DEADLINE **(D.E. 5)**, filed on **August 24, 2020**.

THE COURT has considered the motion, the response in opposition, the reply, pertinent portions of the record, and being otherwise fully advised in the premises. The Court is aware it has the authority to equitably toll the limitations period if Plaintiff meets her requisite burden. *See Booth v. Carnival Corp.*, 522 F.3d 1148 (11th Cir. 2008); *Justice v. U.S.*, 6 F.3d 1474, 1479 (11th Cir. 1993). Nonetheless, it finds that such a ruling is premature in the instant case. Plaintiff asks the Court to toll the limitations period in the hypothetical scenario that Plaintiff finds it necessary to amend her complaint based on something in the Defendant's answer or response. Indeed, Defendant's Motion to Dismiss was filed a full week after the Plaintiff filed her Motion to Extend.

Consequently, it is

**ADJUDGED** that the motion is **DENIED**

DONE AND ORDERED in Chambers at Miami, Florida, this 11th of September 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record